# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

157259

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES HOLLAND, JR.,
      Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157259
COA: 341124
Washtenaw CC: 06-000617-FC;
06-000618-FC; 06-000619-FC;
06-000620-FC; 06-000621-FC;
06-000622-FC

_____/

      On order of the Court, the application for leave to appeal the January 9, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



Clerk

a0128